UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA L. FOGH,

    Plaintiff,

  v.

WILLIAM JUSTYK,

    Defendant.

Case No. C06-947RSL

ORDER OF DISMISSAL

    This matter comes before the Court *sua sponte*. On July 7, 2006, the Court ordered plaintiff to show cause why her complaint should not be dismissed for failing to show a basis for this Court's jurisdiction. Plaintiff filed a response on July 31, 2006.

    As in her original filings, plaintiff continues to assert that this Court has jurisdiction because she is seeking a writ of habeas corpus. As the Court explained in its order to show cause, that allegation does not provide this Court with jurisdiction because plaintiff is not in custody. Plaintiff also continues to allege violations of her constitutional rights, but does not allege that the defendant is a state actor.[1] Plaintiff also did not respond to the Court's statement that although she attempts to invoke this Court's admiralty jurisdiction, she has not shown any basis for doing so.

---

[1] Although plaintiff asserts that two state court judges acted improperly, she has not named them as defendants.

ORDER OF DISMISSAL - 1

1    For the foregoing reasons, the Court DISMISSES plaintiff's complaint for lack of subject
2    matter jurisdiction.

4    DATED this 17th day of August, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2